# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2018

Stephen J. Markman,
Chief Justice

155503(26)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC:  155503
    COA:  335735
    Wayne CC:  81-111187-FC,
        92-500047-FC

JERRY RICK VANDIVER,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted for filing if submitted on or before May 10, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2018



Clerk